HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LEXI P. NEGIN, Bar #250376
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL QUESENBERRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-343 GEB-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE** |
| v. | Judge: Honorable ALLISON CLAIRE |
| MICHAEL QUESENBERRY, | |
| Defendant. | |

Defendant Michael Quesenberry, by and through his attorney, Assistant Federal Defender Lexi P. Negin, and plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorney Ross Naughton, hereby stipulate to set the following briefing schedule for his Motion to Vacate, Set Aside or Correct Sentence, filed on June 16, 2016.  The government Opposition shall be filed no later than September 30, 2016; and an optional defense Reply shall be filed no later than October 14, 2016.

Respectfully submitted,

Dated:  August 30, 2016                          Dated:   August 30, 2016

PHILLIP A. TALBERT                           HEATHER E. WILLIAMS
Acting United States Attorney                 Federal Defender

 /s/ Ross Naughton                               /s/ Lexi P. Negin
ROSS NAUGHTON                                LEXI P. NEGIN
Assistant U.S. Attorney                       Assistant Federal Defender

Attorney for Plaintiff                         Attorney for Defendant
UNITED STATES OF AMERICA               MICHAEL QUESENBERRY

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the briefing

schedule is set as follows: The government's Opposition is due on September 30, 2016 and an

optional defense Reply is due on October 14, 2016.[1]

DATED: September 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The dates have been modified to coincide with the dates in the parties' stipulation.