UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0343 GEB AC |
| Respondent, | |
| v. | ORDER |
| MICHAEL QUESENBERRY, | |
| Movant. | |

Movant is a federal prisoner proceeding pro se on motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Currently before the court is the parties' stipulation to amend the briefing schedule to extend respondent's time to file an opposition and movant's time to file a reply. ECF No. 21. Respondent's opposition to the motion to vacate was due on September 30, 2016. ECF No. 20. The stipulation and respondent's opposition were filed on October 3, 2016. ECF Nos. 21, 22.

The stipulation to extend respondent's deadline was filed after the deadline had passed but offers no explanation for the delay. ECF No. 21. Counsel is reminded that a party requesting an extension after the time has expired must show that they failed to act because of excusable neglect. Rule 12 of the Rules Governing Section 2255 Proceedings; Fed. R. Civ. P. 6(b)(1)(B). However, because the request was filed only one business day after the due date, opposing

////

counsel has stipulated to the amended schedule, and the opposition was filed concurrently with the stipulation, the stipulation will be granted.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated request to amend the briefing schedule (ECF No. 21) is granted. Respondent's opposition filed October 3, 2016, is timely, and movant's optional reply shall be filed no later than October 15, 2016.

DATED: October 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE