UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL QUESENBERRY,<br><br>Movant. | No. 2:14-cr-0343 GEB AC P<br><br><br><br>ORDER |

Movant, through counsel, requests that the court stay any decision on his pending motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 for thirty days until after April 15, 2017. ECF No. 25. The additional time is to allow counsel to review the United States Supreme Court's recently issued decision in Beckles v. United States[1] with movant and determine the appropriate course of action to take in light of the decision. Id.

Good cause appearing, IT IS HEREBY ORDERED that movant's request is granted and the court will refrain from issuing any findings and recommendations on his § 2255 motion until after April 15, 2017.

DATED: March 14, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] No. 15-8544, -- U.S. --, 2017 WL 855781, 2017 U.S. LEXIS 1572 (Mar. 6, 2017).