UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0343 GEB AC |
| Respondent, | |
| v. | ORDER |
| MICHAEL QUESENBERRY, | |
| Movant. | |

Movant, a federal prisoner proceeding through counsel, has requested that his motion to vacate under 28 U.S.C. § 2255 be dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 27. However, respondent has already answered the motion to vacate, so dismissal must be by order of the court, absent a stipulation by the parties. Since movant states that he is no longer seeking relief through § 2255, the court finds dismissal to be appropriate and will grant the request. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a)(2); Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: April 13, 2017.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1